**Exhibit G**

**De Piante Plans Copyright Registration**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VA 2-437-524

**Effective Date of Registration:**
March 13, 2025
**Registration Decision Date:**
March 14, 2025

---

## Title

**Title of Work:** De Piante Plans

## Completion/Publication

**Year of Completion:** 2023
**Date of 1st Publication:** June 10, 2023
**Nation of 1st Publication:** United States

## Author

- **Author:** David A Glover
  **Author Created:** architectural work
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1956

## Copyright Claimant

**Copyright Claimant:** Design Gaps, Inc.
4926 Morrison Road, Richburg, SC, 29729, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Artigiano, LLC
**Name:** David Glover
**Email:** david@artigianollc.com
**Telephone:** (704)604-4558
**Address:** 4926 Morrison Road
Richburg, SC 29729 United States

Case 3:25-cv-00604-KDB-WCM    Document 1-8    Filed 08/11/25    Page 2 of 3

## Certification

**Name:** Todd M. Hess
**Date:** October 21, 2024

**Correspondence:** Yes