**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

DESIGN GAPS, INC., and
DAVID GLOVER, Individually and Owner of Design Gaps, Inc.,

Plaintiffs,

v.

DAVIDE OLIVIERI, Individually and Agent of DD Luxe Design, LLC,
DORIANA OLIVIERI, Individually and Agent of DD Luxe Design, LLC,
DD LUXE DESIGN, LLC,
ANTHONY J. DE PIANTE,
LESLY K. DE PIANTE,
ANDREW LINEBERGER BUILDERS,
ANDREW LINEBERGER, Individually and Owner of Andrew Lineberger Builders,
HARDWOOD CREATIONS, INC., and
DAVID ANTHES, Individually and President of Hardwood Creations, Inc.,

Defendants.

**Civil Action No. 3:25-cv-604**

**DEFENDANTS' JOINT MOTION TO DISMISS**

**COME NOW** the Defendants, collectively, by and through their respective legal counsel, STOBBS and Womble Bond Dickinson, pursuant to the provisions of Rule 12(b)(6) of the Federal Rules of Civil Procedure, and hereby move the Court to Dismiss the Copyright claims asserted in Plaintiffs' First Amended Complaint. In support of the instant Motion, Defendants state:

1. Ownership of a valid United States Copyright Registration is a condition precedent to instituting a copyright infringement action in Federal Court.

2. Plaintiff David Glover is not the owner of any United States Copyright Registration at issue in this action.

3. Accordingly, Plaintiff David Glover cannot maintain a copyright infringement action in this Court.

4. Plaintiff Design Gaps, Inc. purports to be the owner, by assignment, of the copyright in an Architectural Work registered with the United States Copyright Office under Registration No. VA 2-437-524.

5. Even assuming all facts in the light most favorable to Plaintiff Design Gaps, Inc., the '524 Registration is not a valid registration for an Architectural Work.

6. The Architectural Works Copyright Protection Act extends protection to "the design of a building as embodied in any tangible medium of expression." 17 USC 101.

7. Buildings are defined as "humanly habitable structures that are intended to be both permanent and stationary, such as houses and office buildings, and other permanent and stationary structures designed for human occupancy..." 37 C.F.R. § 202.11(b)(2).

8. Plaintiff Design Gaps, Inc. is in the business of creating renderings for cabinetry configurations.

9. The work allegedly created by Plaintiff Design Gaps, Inc. at issue in this action (hereinafter, "the Asserted Work") consists of a rendering for a cabinetry configuration.

10. Renderings for cabinet configurations do not constitute "building" designs because they do not depict "humanly habitable structures ...designed for human occupancy."

11. The Asserted Work allegedly created by Plaintiff Design Gaps, Inc. IS NOT an architectural work and IS NOT protectable under the Architectural Copyright Protection Act.

12. Accordingly, Plaintiff Design Gaps, Inc. cannot maintain a cause of action for infringement of an Architectural Work.
13. Plaintiff Design Gaps, Inc. has not pled ownership of a Pictorial, Graphic or Sculptural (PGS) Copyright Registration for the Asserted Work.
14. Accordingly, Plaintiff Design Gaps, Inc. cannot maintain a cause of action for infringement of a PGS work.
15. It is well-settled that ownership of a certificate of registration is a condition precedent to initiating an infringement action in Federal District Court.
16. Given the absence of an appropriate copyright registration, the copyright claims must be stricken from the Amended Complaint.
17. The Copyright claims are the only Federal Question claims advanced in the Amended Complaint. Once they are stricken, Plaintiffs' basis for supplemental jurisdiction evaporates and the State-law causes of action must also be dismissed.
18. In further support of the instant Motion, Defendants rely on the Memorandum of Law submitted contemporaneously herewith.

**[END]**

Respectfully Submitted,

This the 28th day of April, 2026

**STOBBS**

_______________________
Matthew J. Ladenheim
N.C. Bar No. 29309

STOBBS
214 W. Tremont Ave, Suite 303
Charlotte, NC 28203
Telephone: (704) 702-6007
Matthew.Ladenheim@iamstobbs.com
*Counsel for Defendants*
*Hardwood Creations, Inc.*
*and David Anthes*

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Emmett J. Whelan*
Emmett J. Whelan (N.C. Bar No. 58139)
301 South College Street, Suite 3500
Charlotte, North Carolina 28202-6037
Telephone: (704) 331-4913
Facsimile: (704) 338-7819
Email: Emmett.Whelan@wbd-us.com
*Counsel for Defendants*
*David Olivieri, DD Luxe Design, LLC,*
*Doriana Durazzo, Anthony J. De Piante,*
*Lesly K. De Piante, Andrew Lineberger Builders,*
*and Andrew Lineberger*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document: DEFENDANTS JOINT MOTION TO DISMISS was served on counsel for Plaintiffs via electronic mail addressed as follows:

Todd M. Hess
toddhess@biziplaw.com

And was also duly served on counsel for the other Named Defendants by electronic mail addressed as follows:

Andrew Walden
Andrew.Walden@wbd-us.com

Emmett Whelan
emmett.whelan@wbd-us.com

Respectfully Submitted,

This the 28th day of April, 2026

**STOBBS**

________________________

Matthew J. Ladenheim
N.C. Bar No. 29309

STOBBS
214 W. Tremont Ave, Suite 303
Charlotte, NC 28203
Telephone: (704) 702-6007
Matthew.Ladenheim@iamstobbs.com
*Counsel for Defendants*
*Hardwood Creations, Inc.*
*and David Anthes*